# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:06MJ380-1-H

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ADRIAN LEMARIER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

     **THIS MATTER** is before the Court on the Defendant's "Application to Appear Pro Hac Vice" (document #11), filed September 22, 2006 requesting admission of Ruben Nunez to represent Adrian LeMarier. For the reasons set forth therein, the motion will be **GRANTED**.

     Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

     The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

     **SO ORDERED**.

     Signed: September 22, 2006

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge